IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **ERIC DRAKE** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:12CV264 |
| | § | |
| **PENSKE TRUCK LEASING CO., LP,** | § | |
| **FREIGHLINER, LLC., DAIMLER TRUCKS** | § | |
| **NORTH AMERICA, LLC, AND** | § | |
| **GALLAGHER BASSETT SERVICES, INC.** | § | |
| | § | |
| Defendants. | § | |

## ORDER OF PARTIAL DISMISSAL

Having considered Plaintiff Eric Drake's Partial Motion for Nonsuit and Amended Motion, as well as the Consent of Defendant Daimler Trucks North America LLC (*see* Dkts. 82, 84 and 85), the request to nonsuit Defendant is GRANTED and it is ORDERED that all of Plaintiff Eric Drake's causes of action against Defendant Daimler Trucks North America LLC are dismissed with prejudice to the re-filing of same.

This is a final judgment as to all claims Plaintiff has asserted against Defendant Daimler Trucks North America LLC and dismisses Daimler from the case entirely.

On March 28, 2013, the court previously dismissed all of the Plaintiff's claims against Gallagher Bassett Services, Inc.

All costs shall be borne by the party incurring same.

The claims against Defendant Penske remain at this time.

**IT IS SO ORDERED.**

SIGNED this the 28th day of June, 2013.

*Richard A. Schell*
_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE