IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ERIC DRAKE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:12CV264 |
| | § | |
| PENSKE TRUCK LEASING CO., LP, | § | |
| FREIGHTLINER, LLC., DAIMLER TRUCKS | § | |
| NORTH AMERICA, LLC, AND | § | |
| GALLAGHER BASSETT SERVICES, INC. | § | |
| | § | |
| Defendants. | § | |

**FINAL ORDER OF DISMISSAL**

There being no opposition by Defendant Penske Truck Leasing, Co., L.P., Plaintiff's "Motion of Dismissal" (Dkt. 120) is GRANTED. All of Plaintiff's claims in this matter against Penkse Truck Leasing Co., L.P. are dismissed with prejudice, and all costs shall be borne by the party incurring same.

All of Plaintiff's other claims having been previously dismissed, the case is dismissed and shall be closed on the court's docket.

**IT IS SO ORDERED.**

**SIGNED this the 3rd day of October, 2013.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE