# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 13-41170

ERIC VON DRAKE,

    Plaintiff - Appellant

v.

PENSKE TRUCK LEASING COMPANY, LIMITED PARTNERSHIP,

    Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Texas, Sherman

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of December 4, 2013, for want of prosecution. The appellant failed to timely pay docketing fee.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Brandy C. Lemelle, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana    DEC 0 4 2013

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

December 04, 2013

Mr. David Maland  
101 E. Pecan Street  
Federal Building  
Room 216  
Sherman, TX 75090-0000

    No. 13-41170   Eric Drake v. Penske Truck Leasing Co., L.P.  
                      USDC No. 4:12-CV-264

Enclosed, for the district court only, is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____  
                      Brandy C. Lemelle, Deputy Clerk  
                      504-310-7714

cc w/encl:  
    Mr. Eric Von Drake  
    Mr. Jadd Fitzgerald Masso  
    Mr. Mark S Scudder

**13-41170**

Mr. David Maland
Room 216
101 E. Pecan Street
Federal Building
Sherman, TX 75090-0000

------

------